**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PATRICE GARRETT, f/k/a PATRICE HOWARD THOMAS** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-2646** |
| | : | |
| **CITY OF PHILADELPHIA** ***(Dept. of Prisons & Law Dept.)*** **and JOHN/JANE DOES 1-10** ***(City Decisionmakers*****)** | : | |

**ORDER**

This 1st day of October, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 11) is **GRANTED**.

/s/ Gerald Austin McHugh
United States District Judge